NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YOLANDA REID,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2020-2022

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-20-0018-I-1.

---

## JUDGMENT

---

ERNST M. MARTZEN, Martzen Law Firm PLLC, Dallas, TX, argued for petitioner.

BRYAN MICHAEL BYRD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JEFFREY B. CLARK, TARA K. HOGAN, ROBERT EDWARD KIRSCHMAN, JR.; JONATHAN KRISCH, Office of General Counsel, Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2021   /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
       Clerk of Court